

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00623-CR

**EX PARTE** Luis Alfredo **APARICIO**

From the County Court, Maverick County, Texas
Trial Court No. 3976
Honorable Mark R. Luitjen, Judge Presiding

## O R D E R

     The State's brief originally is due to be filed on December 5, 2022. On December 1, 2022, the State filed a motion for a thirty-day extension of time to file the brief. The State's motion is GRANTED, and the State is ORDERED to file its brief **no later than January 4, 2023.**

_____
Lori I. Valenzuela, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court